36,834-03

2-9-15

Mr. Acosta

My writ of habeas corpus was dismissed because it was not on the updated prescribed form per Art. 1107. Since i was provided with the form from their ^unit law library. Can i file another one with the courts of criminal appeals?

WR-36,834-03
Ronald Charles Williams
Trial Court No. 12CR0652-83-1

Also, can you provide me with
the updated form.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk